# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| GERARDO GONZALEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security<br>Administration,<br><br>          Defendant.<br>_____ | CASE NO.: 5:17-cv-1339 FFM<br><br>**JUDGMENT** |

      The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated November 15, 2018.


DATED: November 15, 2018

                                 /S/ FREDERICK F. MUMM
                                 FREDERICK F. MUMM
                                 United States Magistrate Judge